# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:22-cr-00038 |
| ) | |
| JOLENE EICHER ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for the defendant, Jolene Eicher, pursuant to the Court's appointment under the Criminal Justice Act (CJA.

Respectfully Submitted,

/s/ *Peter A. Cooper*
―――――――――――――――――
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Jolene Eicher

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 17th day of February, 2022.

/s/ *Peter A. Cooper*
―――――――――――――――――
Peter A. Cooper