UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  :  | |
| : | |
| v.  : | Case No.: CR 21-CR-38 ( CKK) |
| : | |
| JOLENE EICHER,  : | |
| : | |
| Defendant.  : | |

NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Mona Lee M. Furst, who may be contacted by telephone on 316-213-7420 or email at Mona.Furst@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States.

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

By:   /s/ *Mona Lee M. Furst*
           Mona Lee M. Furst
           Assistant United States Attorney
           Detailee
           United States Attorney's Office
           District of Columbia
           Tele. No. (316) 269-6537
           Kansas Bar Number 13162
           Mona.Furst@usdoj.gov