UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1-22-cr-38 (CKK) |
| | : | |
| JOLENE EICHER | : | |
| | : | |
| _____ | : | |

**ORDER**

Upon the consent motion of the defense, the status currently set for 24th June, 2022 is continued to _____ July, 2022. In the interim period between these dates, the Speedy Trial Act is tolled pursuant to the statute.

So Ordered.

_____
Honorable Colleen Kollar-Kotelly

_____
Date