**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOLENE EICHER,<br><br>Defendant. | Criminal No. 22-CR-38 (CKK) |

**PRETRIAL SCHEDULING ORDER**
(July 25, 2022)

The parties shall adhere to the following deadlines in advance of trial.

*Proposed Deadlines*

Discovery & Associated Deadlines
Government to complete any final case specific discovery
under present indictment                                                   August 12, 2022
Aspirational date for grand jury decision re: superseding indictment       November 8, 2022
Government to complete discovery under any superseding indictment          November 30, 2022
Discovery motions (Fed. R. Crim. P. 16)                                    August 26, 2022

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)                                 September 30, 2022
Defendant's expert notice (FRE 701 & 702)                                  September 30, 2022
Government's FRE 404(b) notice                                             September 30, 2022
Defendant's response to FRE 404(b) notice                                  October 14, 2022
*Brady* notice                                                             December 5, 2022

Experts
Expert reports (FRE 702)                                                   September 30, 2022
Lay witness identification and subject matter (FRE 701)                    December 2, 2022

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment                                 August 12, 2022
    Government's response to Defendant's non-evidentiary motions   August 26, 2022
    Defendant's reply as to non-evidentiary motions               September 2, 2022
Government's non-evidentiary pretrial motions                              August 12, 2022
    Defendant's response to Government's non-evidentiary motions   August 26, 2022
    Government's reply as to non-evidentiary motions              September 2, 2022

1

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert* — November 14, 2022
    Government's response to Defendant's evidentiary motions — November 21, 2022
    Defendant's reply as to evidentiary motions — November 28, 2022
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b)) — November 14, 2022
    Defendant's response to Government's evidentiary motions — November 21, 2022
    Government's reply as to evidentiary motions — November 28, 2022

Motions in Limine
    Motions *in limine* by both sides — November 14, 2022
    Responses to motions *in limine* — November 21, 2022
    Replies as to motions *in limine* — November 28, 2022

Joint notice of stipulations — December 5, 2022

*Giglio* and *Jencks* material — December 5, 2022

*Voir Dire* and Jury Instructions — December 5, 2022

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits — December 5, 2022

Defendant's witness list, exhibit list and exhibits — December 5, 2022

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Trial is tentatively set to commence **February 23, 2023**.

    **SO ORDERED.**

*[signature: Colleen Kollar-Kotelly]*
COLLEEN KOLLAR-KOTELLY
United States District Judge

2