UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>JOLENE EICHER,<br><br>   Defendant. | Criminal No. 22-CR-38 (CKK) |

PRETRIAL SCHEDULING ORDER
(July 26, 2022)

The parties shall prepare their proposed Pretrial Scheduling Order using this template for discussion at the next Status Hearing.

*Proposed Deadlines*

Discovery & Associated Deadlines
| | |
|---|---|
| Government to complete any final case specific discovery under present indictment | August 12, 2022 |
| Aspirational date for grand jury decision re: superseding indictment | November 8, 2022 |
| Government to complete discovery under any superseding indictment | November 30, 2022 |
| Discovery motions (Fed. R. Crim. P. 16) | August 26, 2022 |

Expert Notices & Other Crimes Evidence
| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | September 30, 2022 |
| Defendant's expert notice (FRE 701 & 702) | September 30, 2022 |
| Government's FRE 404(b) notice | September 30, 2022 |
| Defendant's response to FRE 404(b) notice | October 14, 2022 |
| *Brady* notice | December 5, 2022 |

Experts
| | |
|---|---|
| Expert reports (FRE 702) | September 30, 2022 |
| Lay witness identification and subject matter (FRE 701) | December 2, 2022 |

Non-Evidentiary Pretrial Motions
| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | August 12, 2022 |
|     Government's response to Defendant's non-evidentiary motions | August 26, 2022 |
|     Defendant's reply as to non-evidentiary motions | September 2, 2022 |
| Government's non-evidentiary pretrial motions | August 12, 2022 |
|     Defendant's response to Government's non-evidentiary motions | August 26, 2022 |
|     Government's reply as to non-evidentiary motions | September 2, 2022 |

1

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,

| | |
|---|---|
| such as motions to suppress evidence, or *Daubert* | November 14, 2022 |
|     Government's response to Defendant's evidentiary motions | November 21, 2022 |
|     Defendant's reply as to evidentiary motions | November 28, 2022 |

Government's evidentiary pretrial motions,

| | |
|---|---|
| such as *Daubert* and other crimes (404(b)) | November 14, 2022 |
|     Defendant's response to Government's evidentiary motions | November 21, 2022 |
|     Government's reply as to evidentiary motions | November 28, 2022 |

Motions in Limine

| | |
|---|---|
|     Motions *in limine* by both sides | November 14, 2022 |
|     Responses to motions *in limine* | November 21, 2022 |
|     Replies as to motions *in limine* | November 28, 2022 |

| | |
|---|---|
| Joint notice of stipulations | December 5, 2022 |
| *Giglio* and *Jencks* material | December 5, 2022 |
| *Voir Dire* and Jury Instructions | December 5, 2022 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | December 5, 2022 |
| Defendant's witness list, exhibit list and exhibits | December 5, 2022 |

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

    **SO ORDERED.**

_____<br>
COLLEEN KOLLAR-KOTELLY<br>
United States District Judge