# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.:  22-CR-38 (CKK) |
| **JOLENE EICHER,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Christopher Brunwin.  AUSA Christopher Brunwin will be substituting for AUSA Mona Furst.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/*Christopher Brunwin*
Christopher Brunwin
CA Bar No. 158939
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street NW,
Washington, D.C. 20001
213-894-4242
Christopher.brunwin@usdoj.gov

## CERTIFICATE OF SERVICE

On this 30th day of September 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/*Christopher Brunwin*
Christopher Brunwin

Assistant United States Attorney