# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-38 (CKK) |
| | : | |
| **JOLENE EICHER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF LODGING PROPOSED PRETRIAL SCHEDULING ORDER

Based on the June 5, 2023 trial date and in advance of the January 6, 2023 status conference in this matter, the parties jointly submit the proposed pretrial scheduling order attached hereto and request that it be entered by the Court.

Dated: November 30, 2022

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   /s/*Christopher Brunwin*
        CHRISTOPHER BRUNWIN
        California Bar No. 158939
        Assistant United States Attorney - Detailee
        United States Attorney's Office
        Central District of California
        312 N. Spring Street
        Los Angeles, California 90012
        (213)894-4242
        christopher.brunwin@usdoj.gov


        /s/*Peter Cooper*
        PETER A. COOPER
        400 5th Street, NW
        Suite 350
        Washington, D.C. 20001
        (202)400-1434
        pcooper@petercooperlaw.com