UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-38(CKK) |
| | : | |
| JOLENE EICHER, | : | |
| | : | |
| Defendant. | : | |

## PRETRIAL SCHEDULING ORDER

The parties shall adhere to the following deadlines in advance of the June 5, 2023 trial.

<u>Expert Notices & Other Crimes Evidence</u>
| | |
|---|---|
| Both parties' expert notices and reports | January 31, 2023 |
| Government's FRE 404(b) notice | January 31, 2023 |
| Defendant's response to FRE 404(b) notice | February 13, 2023 |
| *Brady* notice | March 6, 2023 |
| Lay witness identification and subject matter (FRE 701) | March 6, 2023 |

<u>Evidentiary Pretrial Motions</u>
| | |
|---|---|
| Defendant's evidentiary pretrial motions, | |
| Such as motions to suppress evidence or Daubert | February 13, 2023 |
|     Government's response to Defendant's evidentiary motions | February 28, 2023 |
|     Defendant's reply as to evidentiary motions | March 7, 2023 |
| Government's evidentiary pretrial motions, | |
| such as Daubert and other crimes (404(b)) | February 13, 2023 |
|     Defendant's response to Government's evidentiary motions | February 28, 2023 |
|     Government's reply as to evidentiary motions | March 7, 2023 |

<u>Motions in Limine</u>
| | |
|---|---|
| Motions *in limine* by both sides | April 17, 2023 |
|     Responses to motions *in limine* | April 24, 2023 |
|     Replies as to motion *in limine* | May 1, 2023 |

| | |
|---|---|
| Joint notice of stipulations | May 5, 2023 |
| *Giglio* and *Jenks* material | May 5, 2023 |
| *Voir Dire* and Jury Instructions | May 5, 2023 |
| Witness and Exhibit Lists | May 5, 2023 |
| Government's witness list and exhibits | May 5, 2023 |

| | |
|---|---|
| Defendant's witness list, exhibit list and exhibits | May 5, 2023 |

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court

Trial is tentatively set to commence June 5, 2023

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge