**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case No. 22-cr-38(CKK) |
| **JOLENE EICHER,** | : |
| Defendant. | : |

### AMENDED PRETRIAL SCHEDULING ORDER

In light of the new trial date of June 5, 2023, and per the parties' joint request, the Court sets the following deadlines in advance of trial.

<u>Expert Notices & Other Crimes Evidence</u>

| | |
|---|---|
| Both parties' expert notices and reports | January 31, 2023 |
| Government's FRE 404(b) notice | January 31, 2023 |
| Defendant's response to FRE 404(b) notice | February 13, 2023 |
| *Brady* notice | March 6, 2023 |
| Lay witness identification and subject matter (FRE 701) | March 6, 2023 |

<u>Evidentiary Pretrial Motions</u>

| | |
|---|---|
| Defendant's evidentiary pretrial motions, | |
| Such as motions to suppress evidence or Daubert | February 13, 2023 |
|     Government's response to Defendant's evidentiary motions | February 28, 2023 |
|     Defendant's reply as to evidentiary motions | March 7, 2023 |
| Government's evidentiary pretrial motions, | |
| such as Daubert and other crimes (404(b)) | February 13, 2023 |
|     Defendant's response to Government's evidentiary motions | February 28, 2023 |
|     Government's reply as to evidentiary motions | March 7, 2023 |

<u>Motions in Limine</u>

| | |
|---|---|
| Motions *in limine* by both sides | April 17, 2023 |
|     Responses to motions *in limine* | April 24, 2023 |
|     Replies as to motion *in limine* | May 1, 2023 |
| Joint notice of stipulations | May 5, 2023 |
| *Giglio* and *Jenks* material | May 5, 2023 |
| *Voir Dire* and Jury Instructions | May 5, 2023 |
| Witness and Exhibit Lists | May 5, 2023 |
| Government's witness list and exhibits | May 5, 2023 |

| | |
|---|---|
| Defendant's witness list, exhibit list and exhibits | May 5, 2023 |

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court

Trial is tentatively set to commence June 5, 2023

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge