## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1-22-cr-38 (CKK) |
| | : | |
| JOLENE EICHER | : | |
| | : | |
| _____ | : | |

**ORDER**

Upon the consent motion of the defense, the trial date currently set for 5th June, 2023 is vacated.

A new trial date will be set at the upcoming status date on 9th March, 2023.

So Ordered.

_____
Honorable Colleen Kollar-Kotelly

_____
Date