Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.     Criminal No.    22-38    (BAH)

JOLENE EICHER     Category    A

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __4/7/2023__ from __Judge Colleen Kollar-Kotelly__ to __Judge Beryl A. Howell__ by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:   Judge Colleen Kollar-Kotelly   & Courtroom Deputy
      Judge Beryl A. Howell          & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk