# United States District Court
# District of Columbia

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) Case No.  1:22-CR-00038-BAH |
| | ) |
| Jolene Eicher | ) |

**Response to Government Motion *in Limine* Regarding Evidence about the specific Locations of U.S. Capitol Police Surveillance Cameras**

Matthew Hill
Assistant Federal Public Defender
201 Abingdon Pl
Suite 201
Abingdon, VA  24210

The Government moves the Court to rule *in limine* to restrict the presentation of evidence regarding the specific position of U.S. Capitol Police surveillance cameras. This motion specifically references "Exhibit 1" which purports to be a "Declaration of Thomas A. DiBiase". This exhibit is not attached to the motion. Such an exhibit further does not appear to be filed under seal or otherwise in this case. The Defendant, therefore, prays the Court deny this motion other than as conceded below.

The Government has provided the Defendant with maps of the capitol which may contain information regarding the approximate location of cameras within the Capitol building. The Defendant concedes that presentation of the maps as exhibits within the trial of this matter or the exact location of such cameras is unlikely to be pertinent to presentation of the Defendant's case. Should trial circumstances arise such that counsel believes this should be reconsidered counsel for Ms. Eicher will bring this to the Court's attention before any such inquiry.

    Respectfully Submitted,

**Jolene Eicher**
By Counsel

JUVAL O. SCOTT
Federal Public Defender Western
District of Virginia

**Matthew Hill**
Assistant Federal Public Defender
Missouri State Bar No. 47889
New Hampshire State Bar No. 18864
Arkansas State Bar No. 2018170
Attorney for the defendant
Federal Public Defender's Office

201 Abingdon Place
Abingdon, VA 24211
Telephone: (276) 619-6086
Fax: (276) 619-6090
matt_hill@fd.org

## Certificate of Service

The undersigned hereby certifies that this document was filed electronically and a copy will automatically be sent to all counsel of record by the CM/ECF system.

/s/ Matthew Hill