# United States District Court
# District of Columbia

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) Case No.  1:22-CR-00038-BAH |
| | ) |
| Jolene Eicher | ) |

## Response to Government Motion *in Limine* Regarding Cross-Examination of U.S. Secret Service Witnesses

Matthew Hill
Assistant Federal Public Defender
201 Abingdon Pl
Suite 201
Abingdon, VA  24210

The Government moves the Court to rule *in limine* that the Defendant be limited in cross-examination of Secret Service witnesses. Specifically they seek a prohibition from inquiry regarding:

1.  Secret Service protocols related to the locations where protectees or their motorcades are taken at the Capitol or other government buildings when emergencies occur;

2. Details about the nature of Secret Service protective details, such as the number and type of agents the Secret Service assigns to protectees.

The Defendant concedes that these two areas of inquiry should, preliminarily, be excluded from cross-examination by the Defendant. Should trial circumstances arise such that counsel believes this should be reconsidered counsel for Ms. Eicher will bring this to the Court's attention before any such inquiry.

Respectfully Submitted,

**Jolene Eicher**
By Counsel

JUVAL O. SCOTT
Federal Public Defender Western
District of Virginia

**Matthew Hill**
Assistant Federal Public Defender
Missouri State Bar No. 47889
New Hampshire State Bar No. 18864
Arkansas State Bar No. 2018170
Attorney for the defendant
Federal Public Defender's Office
201 Abingdon Place
Abingdon, VA 24211
Telephone: (276) 619-6086
Fax: (276) 619-6090
matt_hill@fd.org

## Certificate of Service

    The undersigned hereby certifies that this document was filed electronically and a copy will automatically be sent to all counsel of record by the CM/ECF system.

    /s/ Matthew Hill