**Government** [✔]

**Plaintiff** [ ]

United States

**VS.**

**Criminal No.** 22-cr-38 (BAH)

**Defendant** [ ]

Jolene Eicher

**Joint** [ ]

**Court** [ ]

## GOVERNMENT'S EXHIBIT LIST

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| | **00 Series – Residence Search/Physical Evidence** | | | |
| 1 | Yellow scarf seized from defendant's residence | | | |
| 1A | Photograph of yellow scarf seized from defendant's residence | | | |
| 2 | Olive/tan jacket seized from defendant's residence | | | |
| 2A | Photograph of olive/tan jacket seized from defendant's residence | | | |
| 3 | Green tank top seized from defendant's residence | | | |
| 3A | Photograph of green tank top seized from defendant's residence | | | |
| 4 | Purple shirt seized from defendant's residence | | | |
| 4A | Photograph of purple shirt seized from defendant's residence | | | |

| | | | | |
|---|---|---|---|---|
| 5 | Necklace seized from defendant's residence | | | |
| 5A | Photograph of necklace seized from defendant's residence | | | |
| 6 | Photograph of clothing seized from defendant's residence | | | |
| 7 | Photograph of cards recovered from the jacket seized from the defendant's residence | | | |
| 8 | Photograph of FBI Residence Search Photographic Log Cover Sheet | | | |
| | | | | |
| | **100 Series: U.S Capitol Maps, Diagrams, Photographs** | | | |
| 100 | Aerial U.S. Capitol Photo | | | |
| 101 | Map Identifying the Restricted Area on U.S. Capitol Grounds on January 6, 2021 | | | |
| 102 | Photograph of West Side of U.S. Capitol Grounds with Snow Fencing and "Area Closed" Signs | | | |
| 103 | Photo of "Area Closed" Sign | | | |
| 104 | GettyImages photo of rioters on the West Front of the U.S. Capitol | | | |
| 105 | GettyImages photo of rioters on the West Front of the U.S. Capitol | | | |

| | | | | |
|---|---|---|---|---|
| | **200 Series: Legal and Congressional Records** | | | |
| 201 | U.S. Constitution, 12th Amendment | | | |
| 202 | Title 3, United States Code, Section 15 | | | |
| 203 | Title 3, United States Code, Section 16 | | | |
| 204 | Title 3, United States Code, Section 17 | | | |
| 205 | Title 3, United States Code, Section 18 | | | |
| 206 | Senate Concurrent Resolution 1, dated Jan. 3, 2021 | | | |
| 207 | Video Montage—including Congressional Record and video footage from House and Senate | | | |
| 207A | Source References for EX 207 | | | |
| | | | | |
| | **300 Series: Law Enforcement Video Footage** | | | |
| 300 | Montage of Video Footage from USCP Security Cameras on January 6, 2021 (22 minutes) | | | |
| 301 | Video footage from USCP Camera: Senate Wing Door | | | |

| | | | | |
|---|---|---|---|---|
| 301A | Video footage from USCP Camera: Senate Wing Door | | | |
| 302 | Video footage from AXON BODY 3 X6039BXH5 | | | |
| 302A | Video Clip from AXON BODY 3 X6039BXH5 14:04:34 10:49 | | | |
| 302B | Image from AXON BODY 3 X6039BXH5 14:04:34 10:49 | | | |
| | | | | |
| | **400 Series: Facebook Records** | | | |
| 400 | Defendant's complete Facebook return | | | |
| 401 | Facebook post dated 2021-01-31 01:47:54 UTC | | | |
| 402 | Facebook post dated 2021-01-30 23:09:32 UTC | | | |
| 403 | Facebook posts dated 2021-01-16 08:26:30 UTC and 2021-01-14 13:16:00 UTC | | | |
| 404 | Facebook post dated 2021-01-11 03:46:27 UTC | | | |
| 405 | Facebook post dated 2021-01-09 17:04:21 UTC | | | |
| 406 | Facebook post dated 2020-12-08 16:02:11 UTC | | | |

| | | | | |
|---|---|---|---|---|
| 407 | | | | |
| | Facebook messages dated 2021-04-14 20:02:31 UTC | | | |
| 408 | | | | |
| | Facebook messages dated 2021-01-13 21:09:07 UTC | | | |
| 409 | | | | |
| | Facebook messages dated 2021-01-04 18:16:24 UTC | | | |
| 410 | | | | |
| | Facebook message dated 2021-01-09 16:15:48 UTC | | | |
| 411 | | | | |
| | Facebook message dated 2021-01-16 23:34:15 UTC | | | |
| 412 | | | | |
| | Facebook messages dated 2021-01-22 17:42:14 UTC | | | |
| 413 | | | | |
| | Facebook messages dated 2021-01-19 01:35:22 UTC | | | |
| 414 | | | | |
| | Facebook messages dated 2021-01-06 22:23:11 UTC | | | |
| 415 | | | | |
| | Facebook messages dated 2021-01-07 16:53:00 UTC | | | |
| 416 | | | | |
| | Facebook messages dated 2021-01-15 04:50:08 UTC | | | |
| 417 | | | | |
| | Facebook messages dated 2021-01-06 19:35:47 UTC | | | |
| 418 | | | | |
| | Facebook messages dated 2021-01-06 18:40:28 UTC | | | |
| 419 | | | | |
| | Facebook messages dated 2021-01-07 22:15:05 UTC | | | |

| | | | | |
|---|---|---|---|---|
| 420 | Facebook post dated 2021-01-10 00:58:49 UTC | | | |
| 421 | Facebook post dated 2021-01-07 01:56:00 UTC | | | |
| | | | | |
| | **500 Series: U.S. Secret Service** | | | |
| 500 | USSS HOS Notification | | | |
| 501 | USSS HOS Worksheet dated for Jan. 6, 2021 | | | |
| 502 | VP Relocation Video | | | |
| 503 | Modified VP Relocation Video – Select Committee | | | |
| | | | | |
| | **600 Series: Defendant's Cell Phone Records** | | | |
| 601 | Cell Site Records for January 5, 2021 9:00 PM – January 6, 2021 6:39 AM | | | |
| 602 | Cell Site Records for January 6, 2021 6:39 AM – 9:29 AM | | | |
| 603 | Cell Site Records for January 6, 2021 9:29 AM – 12:26 PM | | | |

| | | | | |
|---|---|---|---|---|
| 604 | Cell Site Records for January 6, 2021 12:26 PM – 1:16 PM | | | |
| 605 | Cell Site Records for January 6, 2021 1:16 PM – 4:45 PM | | | |
| 606 | Cell Site Records for January 6, 2021 4:45 PM – 6:02 PM | | | |
| 607 | Cell Site Records for January 6, 2021 6:02 PM – 9:50 PM | | | |
| | | | | |
| | **700 Series: Open-Source Media** | | | |
| 700 | Open-source video footage depicting the interior of the US Capitol near the Senate Wing Door – complete footage | | | |
| 700A | Open-source video footage depicting the interior of the US Capitol near the Senate Wing Door – clipped | | | |
| 700B | Screenshot image of the defendant from GEX 700 | | | |
| 701 | Open-source video footage depicting rioters and law enforcement on the Capitol West Plaza | | | |
| 701A | Screenshot image of the defendant from GEX 701 | | | |
| 702 | Open-source video footage depicting rioters and law enforcement on the Capitol West Plaza near the Northwest Scaffolding | | | |

| | | | | |
|---|---|---|---|---|
| 702A | Screenshot image of the defendant from GEX 702 | | | |
| 703 | Open-source video titled "DC Report DSLR Story Eyewitness Testimony Jan 6 DC" | | | |
| 703A | Screenshot image depicting the defendant from GEX 703 | | | |
| 704 | Open-source video titled "Police are losing control of the Capitol grounds" | | | |
| 704A | Screenshot image depicting the defendant from GEX 704 | | | |
| 705 | Open-source video titled "Protesters Storm Capitol Building in Washington, DC" | | | |
| 705A | Screenshot image depicting the defendant from GEX 705 | | | |
| 706 | Open-source image depicting the defendant assisting rioters on Capitol steps next to the Northwest Scaffolding | | | |
| 707 | Open-source image depicting the defendant in the Senate Wing Door doorframe | | | |
| | | | | |
| | **900 Series: Stipulations** | | | |
| | RESERVED | | | |

| | | | | |
|---|---|---|---|---|
| | RESERVED | | | |
| | RESERVED | | | |
| | RESERVED | | | |
| | RESERVED | | | |
| | | | | |