UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                    Case No. 22-cr-38 (BAH)

JOLENE EICHER,

    Defendant.

## VERDICT FORM

**Count I:**  **Entering or Remaining in a Restricted Building or Grounds**

_____                    _____
Guilty                                      Not Guilty

**Count II:**  **Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____                    _____
Guilty                                      Not Guilty

**Count III:**  **Disorderly or Disruptive Conduct in a Capitol Building or Grounds**

_____                    _____
Guilty                                      Not Guilty

1

**Count IV:**   **Parading, Demonstrating, or Picketing in a Capitol Building**

_____                              _____
Guilty                                                         Not Guilty


Dated this _____ day of _____, 2023


                                                            _____
                                                            FOREPERSON