UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-38 (BAH) |
| | : | |
| **JOLENE EICHER,** | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' REPLY IN SUPPORT OF ITS MOTIONS IN LIMINE REGARDING EVIDENCE ABOUT THE SPECIFIC LOCATIONS OF U.S. CAPITOL POLICE SURVEILLANCE CAMERAS AND U.S. SECRET SERVICE WITNESS**

The United States of America moved *in limine* to restrict the presentation of evidence regarding the specific position of U.S. Capitol Police surveillance cameras and the cross-examination of a United States Secret Service Witness. ECF Nos. 49 and 50. Defendant has responded that the evidence is unlikely to be pertinent and the areas should be precluded. ECF

Nos. 55 and 56.  The United States submits the Declaration of Thomas A. DiBiase in support of its Motion in Limine regarding the specific position of U.S. Capitol Police surveillance cameras.

Dated:  May 8, 2023

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney

By:    */s/Christopher Brunwin*
        CHRISTOPHER BRUNWIN
        California Bar No. 158939
        Assistant United States Attorney, Detailee
        United States Attorney's Office
        Central District of California
        312 N. Spring Street
        Los Angeles, California 90012
        (213) 894-4242
        christopher.brunwin@usdoj.gov

        NATHANIEL K. WHITESEL
        Assistant United States Attorney
        D.C. Bar No. 1601102
        United States Attorney's Office
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7759
        nathaniel.whitesel@usdoj.gov