# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-CR-38 (BAH) |
| v. : | |
| : | |
| JOLENE EICHER, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S RESPONSE TO THE COURT'S MAY 17, 2023 MINUTE ORDER

The United States of America respectfully submits this response to the Court's Minute Order "DIRECTING the parties to file[] . . . the stipulation agreed to by the parties[,]" Minute Order (May 17, 2023). In the Joint Pretrial Statement, the parties jointly submitted that they had "agreed to one of the [government's] proposed stipulations" and "submit[ted] that they w[ould] continue discussing possible stipulations relating to the trial and working toward agreement where possible." ECF No. 59 at 4. On May 17, 2023, however, defense counsel advised the government that the defendant is not willing to agree to any proposed stipulations except for a physical description of the Capitol.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By:   /s/ Christopher Brunwin
CHRISTOPHER BRUNWIN
California Bar No. 158939
Assistant United States Attorney, Detailee
United States Attorney's Office
Central District of California
312 N. Spring Street
Los Angeles, California 90012
(213) 894-4242
christopher.brunwin@usdoj.gov

/s/ *Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
(202) 252-7759
nathaniel.whitesel@usdoj.gov