# United States District Court
# District of Columbia

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) Case No.  1:22-CR-00038-BAH |
| | ) |
| Jolene Eicher | ) |

### Reply to Government's Response to
### Defendant's Motion for Partial Attorney Conducted Voir Dire

Matthew Hill
Assistant Federal Public Defender
201 Abingdon Pl
Suite 201
Abingdon, VA  24210

Jolene Eicher has moved the Court to allow her a short period of time for attorney conducted *voir dire*. The government objects. The government further objects to one of the *voir dire* questions proposed by the Defendant.[1]

Ms. Eicher believes the single most important issue to be explored with the potential jurors in this case is their feelings about whether persons who went to the United States Capitol on January 6, 2021 (other than persons whose employment required their presence) committed some crime. Responses to that question may give rise to causal challenges. Responses to that line of question will allow Ms. Eicher to exercise her preemptory challenges meaningfully. Both of these are essential so that a fair and impartial jury is seated.

Further, a motion to transfer venue was filed by Ms. Eicher. That motion was denied. The conclusion of the Court's ruling on that motion is distilled to the conclusion that "a vigorous voir dire should suffice to root out any bias in individual jurors." (ECF 34). Ms. Eicher believes that her counsel is the one best positioned to conduct that vigorous inquiry.

Respectfully Submitted,

**Jolene Eicher**
By Counsel

JUVAL O. SCOTT
Federal Public Defender
Western District of Virginia

**Matthew Hill**
Assistant Federal Public Defender
Missouri State Bar No. 47889

---

[1] Should the Court allow attorney conducted *voir dire* the Court need not ask the question to which the government objects.

New Hampshire State Bar No. 18864
Arkansas State Bar No. 2018170
Attorney for the defendant
Federal Public Defender's Office
201 Abingdon Place
Abingdon, VA 24211
Telephone: (276) 619-6086
Fax: (276) 619-6090
matt_hill@fd.org


## Certificate of Service

The undersigned hereby certifies that this document was filed electronically and a copy will automatically be sent to all counsel of record by the CM/ECF system.

/s/ Matthew Hill