# United States District Court
# District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Case No.  1:22-CR-00038-BAH |
| | ) | |
| Jolene Eicher | ) | |

**Supplement to Defendant's Motion in Limine**

Matthew Hill
Assistant Federal Public Defender
201 Abingdon Pl
Suite 201
Abingdon, VA  24210

Ms. Eicher moved in limine to prohibit the Government from using several poorly defined descriptors of her during the trial of this matter.  The Government responded.

The Government has produced various reports in discovery.  Included within that discovery is a report of an interview with an individual.  The individual's name and contact information is blacked out.  That unidentified individual's stated opinion is that Ms. Eicher had become "increasingly alt-right".  Another witness commented on views being extreme.

The Government appears to confess the Defendant's motion as they agree that such statements are generally not admissible.  ECF 54.

Respectfully Submitted,

**Jolene Eicher**
By Counsel

JUVAL O. SCOTT
Federal Public Defender
Western District of Virginia

**Matthew Hill**
Assistant Federal Public Defender
Missouri State Bar No. 47889
New Hampshire State Bar No. 18864
Arkansas State Bar No. 2018170
Attorney for the defendant
Federal Public Defender's Office
201 Abingdon Place
Abingdon, VA 24211
Telephone: (276) 619-6086
Fax: (276) 619-6090
matt_hill@fd.org

## Certificate of Service

The undersigned hereby certifies that this document was filed electronically and a copy will automatically be sent to all counsel of record by the CM/ECF system.

/s/ Matthew Hill