**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 22-38 (BAH) |
| v. | Judge Beryl A. Howell |
| JOLENE EICHER, | |
| Defendant. | |

**ORDER**

Upon consideration of defendant's Notice of Public Authority Defense ("Def.'s Notice"),

ECF No. 48, the government's Motion *in Limine* to Preclude Argument or Evidence About

Public Authority, ECF No. 51, the related memoranda in support and in opposition, and the

entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is

hereby—

**ORDERED** that the government's Motion *in Limine* to Preclude Argument or Evidence

About Public Authority, ECF No. 51, is **GRANTED.**

**SO ORDERED.**

Date: May 23, 2023

_____
BERYL A. HOWELL
U.S. District Judge