UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**
JUN 13 2023
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
V. ) CRIMINAL CASE NO. 22-38 (BAH)
)
JOLENE EICHER )
)
Defendant )

## JOINT ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed with the courtroom deputy the exhibits that were admitted into evidence and have agreed on what exhibits will be submitted to the jury during deliberations.

**Plaintiff:**

Exhibits: ~~SEE~~ ATTACHED

_____
Attorney for the plaintiff

Date: 6/13/23

**Defendants:**

Exhibits: see attached

_____
Attorney for the defendant

Date: 6-13-23

|  | Government | ■ |
|--|------------|---|
|  | Plaintiff  | ☐ |
|  | Defendant  | ☐ |
|  | Joint      | ☐ |
|  | Court      | ☐ |

UNITED STATES OF AMERICA
VS.
Jolene Eicher

Civil/Criminal No. 22-cr-38 (BAH)

**FILED**
JUN 13 2023
Clerk, U.S. District and Bankruptcy Courts

## GOVERNMENT WITNESSES
- USCP Captain Carneysha Mendoza
- MPD Ofc. Noah Duckett
- USSS Inspector Lanelle Hawa
- FBI Special Agent Brittany Ausley
- FBI Special Agent Jeremy Taguding
- FBI Special Agent Victor J. Olesen

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 000 Series | *Residence Search/Physical Evidence* |  |  |  | 6/13/2023 3:45 PM |
| ✓ 001 | Yellow scarf seized from defendant's residence | 6/13/2023 | 6/13/2023 | SP. AGENT TAGUDING |  |
| 001A | Photograph of yellow scarf seized from defendant's residence |  |  |  |  |
| ✓ 002 | Olive/tan jacket seized from defendant's residence | 6/13/2023 | 6/13/2023 | SP. AGENT TAGUDING |  |
| 002A | Photograph of olive/tan jacket seized from defendant's residence |  |  |  |  |
| ✓ 003 | Green tank top seized from defendant's residence | 6/13/2023 | 6/13/2023 | SP. AGENT TAGUDING |  |
| ✓ 003A | Photograph of green tank top seized from defendant's residence |  |  |  |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 004 | Purple shirt seized from defendant's residence | 6/13/2023 | 6/13/2023 | SP. AGENT TAGUDING | |
| 004A | Photograph of purple shirt seized from defendant's residence | | | | |
| ✓ 005 | Necklace seized from defendant's residence | 6/13/2023 | 6/13/2023 | SP. AGENT TAGUDING | |
| 005A | Photograph of necklace seized from defendant's residence | | | | |
| 006 | Photograph of clothing seized from defendant's residence | | | | |
| ✓ 007 | Cards recovered from the jacket seized from the defendant's residence | 6/13/2023 | 6/13/2023 | SP AGENT TAGUDING | |
| 007A | Photograph of cards recovered from the jacket seized from the defendant's residence | | | | |
| 008 | Photograph of FBI Residence Search Photographic Log Cover Sheet | | | | |
| | | | | | |
| 100 Series | *U.S. Capitol Maps, Diagrams, Photographs* | | | | |
| ✓ 100 | Aerial U.S. Capitol Photo | 6/12/2023 | 6/12/2023 | CAPTAIN MENDOZA | |
| ✓ 101 | Map Identifying the Restricted Area on U.S. Capitol Grounds on January 6, 2021 | 6/12/2023 | 6/12/2023 | INSPECTOR HAWA CAPTAIN MENDOZA | |
| ✓ 102 | Photograph of West Side of U.S. Capitol Grounds with Snow Fencing and "Area Closed" Signs | 6/12/2023 | 6/12/2023 | CAPTAIN MENDOZA | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 103 | Photo of "Area Closed" Sign | 6/12/2023 | 6/12/2023 | CAPTAIN MENDOZA | |
| ✓ 104 | GettyImages photo of rioters on the West Front of the U.S. Capitol | 6/12/2023 | 6/12/2023 | CAPTAIN MENDOZA OIC. DUCKETT | |
| ✓ 105 | GettyImages photo of rioters on the West Front of the U.S. Capitol | 6/12/2023 | 6/12/2023 | CAPTAIN MENDOZA | |
| ✓ 106 | Exemplar USCP "Area Closed" Sign | 6/13/2023 | 6/13/2023 | CAPTAIN MENDOZA | |
| | | | | | |
| 200 Series | *Legal and Congressional Records* | | | | |
| ✓ 201 | U.S. Constitution, 12th Amendment | | 6/13/2023 | | |
| ✓ 202 | Title 3, United States Code, Section 15 | | | | |
| ✓ 203 | Title 3, United States Code, Section 16 | | | | |
| ✓ 204 | Title 3, United States Code, Section 17 | | | | |
| ✓ 205 | Title 3, United States Code, Section 18 | | | | |
| ✓ 206 | Senate Concurrent Resolution 1, dated Jan. 3, 2021 | | ↓ | | |
| *** | *** | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **300 Series** | *Law Enforcement Video Footage* | | | | |
| ✓ 300 | Montage of Video Footage from USCP Security Cameras (West Front CCTV only) on January 6, 2021 *(6 minutes)* *West Front Only* | 6/12/2023 | 6/12/2023 OVER OBJECTION | CAPTAIN MENDOZA | |
| ✓ 301 | Video footage from USCP Camera: Senate Wing Door [3:28:00 PM–3:32:00 PM] (4 minutes) | 6/12/2023 | 6/12/2023 | CAPTAIN MENDOZA | |
| ✓ 301A | Video footage from USCP Camera: Senate Wing Door [3:31:00 PM–3:33:00 PM] | 6/12/2023 | 6/12/2023 | CAPTAIN MENDOZA | |
| 302 | Video footage from AXON BODY 3 X6039BXH5 — marked for identification | | | | |
| ✓ 302A | Video Clip from AXON BODY 3 X6039BXH5 [13:56:53–14:05:03] | 6/13/2023 | 6/13/2023 | OFC. DUCKETT | |
| ✓ 302B | Image from AXON BODY 3 X6039BXH5 14:04:25 | 6/13/2023 | 6/13/2023 | SP. AGENT AUSLEY | |
| ✓ 302C | Image from AXON BODY 3 X6039BXH5 14:04:34 | 6/13/2023 | 6/13/2023 | SP AGENT AUSLEY | |
| ✓ 302D | Video Clip from AXON BODY 3 X6039BXH5 14:06:02–14:08:31 | 6/13/2023 | 6/13/2023 | OFC. DUCKETT | |
| ✓ 302E | Video Clip from AXON BODY 3 X6039BXH5 14:13:26–14:15:29 | 6/13/2023 | 6/13/2023 | OFC. DUCKETT | |
| | | | | | |
| **400 Series** | *Facebook Records* | | | | |
| 400 | Defendant's complete Facebook return — marked for identification | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 400A | Defendant's Facebook return: Pages 1-3 (account information) | 6/13/2023 | 6/13/2023 | SP AGENT AUSLEY | |
| 401 | Facebook post dated 2021-01-31 01:47:54 UTC | | | | |
| 402 | Facebook post dated 2021-01-30 23:09:32 UTC | | | | |
| *** | *** | | | | |
| ✓ 408 | Facebook messages dated 2021-01-13 21:09:07 UTC | 6/13/2023 | 6/13/2023 | Sp. AGENT AUSLEY | |
| ✓ 409 | Facebook messages dated 2021-01-04 18:16:24 UTC | 6/13/2023 | 6/13/2023 | Sp. AGENT AUSLEY | |
| 410 | Facebook message dated 2021-01-09 16:15:48 UTC | | | | |
| 411 | Facebook message dated 2021-01-16 23:34:15 UTC | | | | |
| *** | *** | | | | |
| ✓ 414 | Facebook messages dated 2021-01-06 22:23:11 UTC | 6/13/2023 | 6/13/2023 | Sp. AGENT AUSLEY | |
| ✓ 415 | Facebook messages dated 2021-01-07 16:53:00 UTC | 6/13/2023 | 6/13/2023 | Sp. AGENT AUSLEY | |
| *** | *** | | | | |
| ✓ 417 | Facebook messages dated 2021-01-06 19:35:47 UTC | 6/13/2023 | 6/13/2023 | SP AGENT AUSLEY | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 418 | Facebook messages dated 2021-01-06 18:40:28 UTC | 6/13/2023 | 6/13/2023 | CAPTAIN MENDOZA SP. AGENT AUSLEY | |
| ✓ 419 | Facebook messages dated 2021-01-07 22:15:05 UTC | 6/13/2023 | 6/13/2023 | SP. AGENT AUSLEY | |
| *** | *** | | | | |
| 421 | Facebook post dated 2021-01-07 01:56:00 UTC | | | | |
| 500 Series | *U.S. Secret Service* | | | | |
| ✓ 500 | USSS HOS Notification | 6/12/2023 | 6/12/2023 | INSPECTOR HAWA | |
| ✓ 501 | USSS HOS Worksheet dated for Jan. 6, 2021 | 6/12/2023 | 6/12/2023 | INSPECTOR HAWA | |
| ✓ 502 | VP Relocation Video | 6/12/2023 | 6/12/2023 | INSPECTOR HAWA | |
| *** | *** | | | | |
| | | | | | |
| 600 Series | *Defendant's Cell Phone Records* | | | | |
| 601 | Cell Site Records for January 5, 2021 9:00 PM – January 6, 2021 6:39 AM | | | | |
| 602 | Cell Site Records for January 6, 2021 6:39 AM – 9:29 AM | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 603 | Cell Site Records for January 6, 2021 9:29 AM – 12:26 PM | | | | |
| 604 | Cell Site Records for January 6, 2021 12:26 PM – 1:16 PM | | | | |
| 605 | Cell Site Records for January 6, 2021 1:16 PM – 4:45 PM | | | | |
| 606 | Cell Site Records for January 6, 2021 4:45 PM – 6:02 PM | | | | |
| 607 | Cell Site Records for January 6, 2021 6:02 PM – 9:50 PM | | | | |
| | | | | | |
| **700 Series** | ***Open-source Media*** | | | | |
| 700 | Open-source video footage depicting the interior of the US Capitol near the Senate Wing Door – complete footage | | | | |
| ✓700A | Open-source video footage depicting the interior of the US Capitol near the Senate Wing Door – clipped | 6/12/2023 | 6/12/2023 | CAPTAIN MENDOZA | |
| ✓700B | Screenshot image of the defendant from GEX 700 | 6/13/2023 | 6/13/2023 | CAPTAIN MENDOZA | |
| 701 | Open-source video footage depicting rioters and law enforcement on the Capitol West Plaza | | | | |
| ✓701A | Screenshot image of the defendant from GEX 701 | 6/13/2023 | 6/13/2023 | CAPTAIN MENDOZA SP AGENT AUSLEY | |
| ✓701B | Open-source video footage depicting rioters and law enforcement on the Capitol West Plaza - clipped | 6/13/2023 | 6/13/2023 | CAPTAIN MENDOZA SP AGENT AUSLEY | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 702 | Open-source video footage depicting rioters and law enforcement on the Capitol West Plaza near the Northwest Scaffolding | 6/13/2023 | 6/13/2023 | CAPTAIN MENDOZA | |
| ✓ 702A | Screenshot image of the defendant from GEX 702 | 6/13/2023 | 6/13/2023 | CAPTAIN MENDOZA | |
| *** | *** | | | | |
| ✓ 703A | Screenshot image depicting the defendant from GEX 703 | 6/13/2023 | 6/13/2023 | CAPTAIN MENDOZA SP AGENT AUSLEY | |
| ✓ 704 | Open-source video titled "Police are losing control of the Capitol grounds" | 6/13/2023 | 6/13/2023 | CAPTAIN MENDOZA | |
| ✓ 704A | Screenshot image depicting the defendant from GEX 704 | 6/13/2023 | 6/13/2023 | CAPTAIN MENDOZA SP. AGENT AUSLEY | |
| *** | *** | | | | |
| ✓ 706 | Open-source image depicting the defendant assisting rioters on Capitol steps next to the Northwest Scaffolding | 6/13/2023 | 6/13/2023 | CAPTAIN MENDOZA SP. AGENT AUSLEY | |
| ✓ 707 | Open-source image depicting the defendant in the Senate Wing Door doorframe | 6/13/2023 | 6/13/2023 | CAPTAIN MENDOZA | |
| | | | | | |
| 800 Series | *Defendant's Cell Phone* | | | | |
| 800 | Extraction Report Detailing Findings from the Defendant's Cell Phone — marked for identification | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| ✓ 800A | Portion of the Extraction Report Detailing Findings from the Defendant's Cell Phone: Identifier Pages | 6/13/2023 | 6/13/2023 | SP. AGENT OLESEN SP. AGENT AUSLEY | |
| ✓ 801 | Video from the Defendant's Phone Taken at the Ellipse | 6/13/2023 | 6/13/2023 | SP. AGENT AUSLEY | |
| ✓ 802 | Video from the Defendant's Phone Taken on the Capitol West Plaza | 6/13/2023 | 6/13/2023 | SP. AGENT AUSLEY | |
| ✓ 803 | Video from the Defendant's Phone Taken on the Capitol Lower West Terrace | 6/13/2023 | 6/13/2023 | SP. AGENT AUSLEY | |
| ✓ 804 | Video from the Defendant's Phone Taken on the Northwest Courtyard Outside the Senate Wing Door | 6/13/2023 | 6/13/2023 | SP. AGENT AUSLEY | |
| ✓ 805 | Video from the Defendant's Phone Taken on the Northwest Capitol Grounds | 6/13/2023 | 6/13/2023 | SP. AGENT AUSLEY | |
| ✓ 806 | Photo from the Defendant's Phone Depicting the Capitol's Northwest Scaffolding | 6/13/2023 | 6/13/2023 | SP. AGENT AUSLEY | |
| ✓ 807 | Photo from the Defendant's Phone Depicting the Interior of the Northwest Scaffolding | 6/13/2023 | 6/13/2023 | SP. AGENT AUSLEY | |
| ✓ 808 | Photo from the Defendant's Phone Depicting the Defendant With a Sign | 6/13/2023 | 6/13/2023 | CAPTAIN MENDOZA SP. AGENT AUSLEY | |