CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 14 2023
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

JOLENE EICHER

Civil/Criminal No.: 22CR38 (BAH)

### NOTE FROM JURY

Does the second element of count one require that the defendant knowingly entered an area restricted because VP Pence was present or why the area was restricted?

Is it necessary that the defendant knew that she was entering an area where the VP was temporarily visiting? Or is it sufficient simply that the building, or grounds were restricted?

Date: 6/14/2023

Time: 9:30 am

/U/ FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA

JUN 14 2023

Clerk, U.S. District and
Bankruptcy Courts

vs.

Civil/Criminal No.: 22CR38 (BAH)

JOLENE EICHER

### NOTE FROM JURY

For counts two through four, in the instructions, there are conflicting uses of 'and' and 'or'. For example, in the charge "disorderly and disruptive conduct" vs. "disorderly or disruptive conduct" in the elements. Also, in the charge "paraded, demonstrated, and picketed" vs. "paraded, demonstrated or picketed" in the elements. Which should we use to determine guilt? Do we need to determine that she was both disorderly and disruptive or only one?

Date: 6/14/23

Time: 10:22 am

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 14 2023

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

JOLENE EICHER

Civil/Criminal No.: 22CR38 (BAH)

### NOTE FROM JURY

We have reached a verdict on all counts.

Date: 6/14/23

Time: 3:15

FOREPERSON