UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA


**FILED**
JUN 1 4 2023
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

v.

JOLENE EICHER,

Defendant.

Criminal Case No. 22-cr-38 (BAH)

Judge Beryl A. Howell

## VERDICT FORM

**COUNT ONE**: Entering or Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1)

With respect to the offense of Entering or Remaining in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Jolene Eicher:

\_\_\_\_\_ NOT GUILTY        __X__ GUILTY

**COUNT TWO**: Disorderly or Disruptive Conduct in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2)

With respect to the offense of Disorderly or Disruptive Conduct in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Jolene Eicher:

\_\_\_\_\_ NOT GUILTY        __X__ GUILTY

**COUNT THREE**: Disorderly or Disruptive Conduct in a Capitol Building, 40 U.S.C. § 5104(e)(2)(D)

With respect to the offense of Engaging in Disorderly or Disruptive Conduct in a Capitol Building, we, the members of the jury, unanimously find defendant Jolene Eicher:

\_\_\_\_\_ NOT GUILTY        __X__ GUILTY

**COUNT FOUR**: Parading, Demonstrating, or Picketing in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G)

With respect to the offense of Parading, Demonstrating, or Picketing in a Capitol Building, we, the members of the jury, unanimously find defendant Jolene Eicher:

\_\_\_\_\_ NOT GUILTY        __X__ GUILTY

DATE/TIME: 6/14/23 3:15 pm

_____
FOREPERSON'S SIGNATURE