Stephen Stutzman
CEO Strait Paths
Bird-in-Hand, PA

Re:

The Honorable Judge Beryl Howell,

To the Judge, and to whom it may concern;
I am writing to you in reference to the sentencing of Jolene Eicher

My name is Stephen Stutzman from Bird In Hand , PA. I am the founder and CEO of a small non-profit here, that seeks to help people who are struggling at any level in life, some crisis intervention and PTSD related, with a focus on sexual abuse. We work on a national scale, with some international reach. Before starting the current entity here, called Strait Paths Foundation, (2007) I worked for 9 years with a national Prison Ministry.

I first met Jolene when she came to one of our seminars in 2019. She expressed interest in helping others in her community, and attended a Training Intensive week also. She has been active in several of our events since then.

In all the time I have known her, I have never seen her to be in the least bit dishonest, or a threat of any kind to anyone in her sphere. She is a hard worker and carries out her assigned tasks in a diligent and conscientious way. I analyze people daily regarding behavioral discord and possible dangerous behavior, and Jolene exhibits none of the markers we use to identify threat levels. Instead, Jolene seeks integrity and morality on every level.

It has been my opinion and understanding from her first accounts of her infraction on January 6, until now, that Jolene innocently attended a rally, with no idea it might become violent or illegal. She got caught up in the emotion and the crowd swell, and ended up in a position that is not in line with her character in general. I appreciate you taking the time to read and consider my analysis and request for leniency in sentence.


Stephen Stutzman
Strait Paths Foundation
717-584-0400  office

STRAIT PATHS FOUNDATION
PO BOX 176
RONKS, PA 17572

HARRISBURG PA 171
7 JUL 2023 PM 2 L

Mathew Hill
201 Abingdon Pl
Suite 201
Abingdon, VA 24211

24211-57970

B78652.08

$0.600
US POSTAGE
FIRST-CLASS
062S0013603475
FROM 17505