To the Honorable Judge Howell, August 7, 2023

My name is Ruth Eicher. I am an aunt to the defendant Jolene Eicher. I am also her pastor's wife. I have known Jolene since she was a baby. She grew up in an Amish Mennonite environment without violence, immorality or lies.

Jolene is a sweet, kind, compassionate person. She is a person with a lot of curiosity and maybe a little impulsive, and definitely adventurous; but never violent.

When my mother, her grandmother was on her death bed this spring, she was the grandchild that stayed the most at her bedside and chipped in to help in her grandmother's worst stage of dementia. She was there helping and making life easier for everybody involved.

She loves to help the young mothers in our church with housecleaning and is a gifted seamstress and blesses them with her sewing at times.

She is a paramedic but not practicing right now.

She is a member of our church and is not a part of any organized political group. She went independently on January 6th, on her own, out of curiosity, never dreaming it would go the way it went. She longs to become a part of something that counts for good. Maybe a little unwise at times but has a big loving heart.

She has selflessly helped me with Vacation Bible School this year sitting beside a mentally handicapped boy so I could teach the rest, and so that his mother could have break.

Thinking of Jolene, having been raised in a culture that is so different from federal prison or prisoners incarcerated, concerns me deeply about how incarceration would affect her. She has struggled with depression having had two ended courtships with guys with disappointment and heart breaks. Jolene's desire is to be a wife and mother and have her own family and guide a home. Please anything but incarceration. She is not a threat to society.

I know her well and everything I have written here is true.

           Ruth Eicher