To the judge/court,

My name is Derek Coblentz. I'm Jolene Eichers first cousin and I'd like to write this letter to support her.

I've known Jolene for my whole life and can remember the personal relationship she has with so many people in our community.

She is faithful at church and has a gift for making people laugh and making them feel welcome.

I know she made a mistake by going into the capitol building illegaly.

If the court shows mercy, I know I'll be just one of many friends and family members to support Jolene, and I believe she has a desire to serve the community.

Derek Coblentz
434-390-1198         7-21-23

426 Cook Johnson Rd
Prospect, VA 23960

RICHMOND VA 230
21 JUL 2023 PM 1 L

Matthew Hill
201 Abingdon Pl
Suite 201
Abingdon, VA 24211

24211-579701