August 18, 2023

Your Honor,

Thank you for taking the time to read this letter and for your consideration.

My name is Brittany Velasquez and I have known Jolene Eicher for over fifteen years. We met years ago through church activities and eventually she and her family began regularly attending the church I grew up in.

I understand why Jolene is in court and the charges that have been brought against her.

Jolene has been a dear friend of mine and I value her input in my life. She is a tenderhearted woman who has been an asset to her family, friends, and community. She is compassionate and willing to help when a need arises. In fact, she willingly cleaned a friend's home and refused to accept payment for hours of work.

There was one time that I was not feeling well, and Jolene brought groceries to my door and spent time with me so that I wouldn't be alone. She was a listening ear when I shared about a season of depression that I experienced and had not shared with anyone. She displayed gracious compassion and did not cast judgment on my circumstances.

Jolene has continued to pursue me as a friend even though we've had disagreements and even when my work schedule does not always allow me to have the social life that I would like. She is the kind of friend that sticks by you through thick and thin.

Thank you again for your time in reading this letter. I appreciate that.

Sincerely,

Brittany Velasquez

434-390-6525

Darandbrittany2015@yahoo.com