# United States District Court
# District of Columbia

United States of America  )
                          )
vs.                       ) Case No.  1:22-CR-00038-BAH
                          )
Jolene Eicher             )

## Motion for Return of Property

Matthew Hill
Assistant Federal Public Defender
201 Abingdon Pl
Suite 201
Abingdon, VA  24210

Jolene Eicher moves this Court to order the return items of personal property seized by the Government.

At the trial of this matter articles of clothing and jewelry were admitted into evidence. Those items were seized from her when she was arrested on January 31, 2022.

Further, the government seized a cellular telephone from Ms. Eicher when she was arrested. The government has imaged the data from that device. This cellular telephone should also be ordered returned to her.

The trial of this matter has concluded such items should be returned to Ms. Eicher.

    Respectfully submitted,

**Mary Maguire**
Federal Public Defender
Western District of Virginia

Matthew Hill
Assistant Federal Defender
Missouri Bar No. 47889
New Hampshire Bar No. 18864
Arkansas Bar No. 2018170
201 Abingdon Pl
Suite 201
Abingdon, VA  24211
(276) 619-6080
Fax: (276) 619-6090
matt_hill@fd.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically and a copy will automatically be sent to all counsel of record by the CM/ECF system.

/s/Matthew Hill